UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ARMAND CLAY, SR.

    Plaintiff,

v.

MUSKEGON COUNTY JAIL, et al,

    Defendants.

CASE NO: 4:04-CV-142

HONORABLE WENDELL A. MILES

---

| | |
|---|---|
| Armand Clay, Sr. (*Deceased*) | Richard H. Winslow (P22449) |
| Plaintiff, In Pro Per | Allan C. Vander Laan (P33893) |
| *Former Address:* | CUMMINGS, McCLOREY DAVIS & ACHO, PLC |
| Riverside Correctional Facility | Attorneys for Defendants |
| 777 W. Riverside Drive | 2851 Charlevoix Drive SE, Ste. 327 |
| Ionia, MI 48846 | Grand Rapids, MI 49546 |
| | 616/975-7470 |

---

### ORDER OF DISMISSAL

At a session of said Court held on the **3rd** day of **January,** 200**6**, in the United States District Court, Western District of Michigan, Southern Division, at Grand Rapids, Michigan.

PRESENT:    HONORABLE WENDELL A. MILES
                  UNITED STATES DISTRICT COURT JUDGE

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice for the reasons stated in this Court's Opinion dated August 15, 2005.

DATED: **January 3, 2006**        **/s/ Wendell A. Miles**
                                          Honorable Wendell A. Miles